**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:23-cr-00070 |
| ) | |
| **BRENARD JUNIOR SHAW a/k/a** ) | |
| **BERNARD JUNIOR SHAW** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated June 11, 2024, ECF No. 48, recommending that the Defendant's plea of guilty to Counts One and Three of the Indictment; to wit: a violation of Title 18 United States Code, Section 1546; and Count Three, a violation of Title 8 United States Code, Section 1326(a), be accepted, and the defendant be adjudged guilty. After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 48, is **ADOPTED;** it is further

**ORDERED** that Defendant Brenard Junior Shaw, a/k/a Bernard Junior Shaw's plea of guilty as to Counts One and Three of the Indictment is **ACCEPTED**, and that Brenard Junior Shaw, a/k/a Bernard Junior Shaw is adjudged **GUILTY** on those counts; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties no later than **August 16, 2024;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office no later than **September 3, 2024;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court no later than **September 19, 2024;** it is further

*United States v. Brenard Junior Shaw*
Case No. 3:23-cr-0070
Order
Page **2** of **2**

   **ORDERED** that the parties shall file their sentencing memoranda no later than **October 11, 2024;** it is further

   **ORDERED** that a sentencing hearing shall be held on **October 25, 2024, at 9:30 A.M. in STT Courtroom No. 1.**


**Dated:** June 25, 2024            */s/ Robert A. Molloy*
                     **ROBERT A. MOLLOY**
                     **Chief Judge**